# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

135785

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE TOWNSHIP OF CLAY,
      Plaintiff-Appellee,

v

NELSON EDWARD TEMPLETON, SAINT
EDWARDS ORDER, and GLENN PATRICK
TEMPLETON,
      Defendants-Appellants.

SC: 135785
COA: 271082
St. Clair CC: 04-003061-CZ

_____/

On order of the Court, the application for leave to appeal the November 13, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

_____
Clerk

s0421